UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. BAILEY,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.
                                      /

Case No. 04-74092

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [18]

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on August 18, 2006, as well as any objections filed thereto,

IT IS ORDERED that the Report and Recommendation is ACCEPTED AND ADOPTED as the findings and conclusions of this Court.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: September 13, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 13, 2006, by electronic and/or ordinary mail.

                s/Carol A. Hemeyer
                Case Manager